# United States Bankruptcy Court
## District of Connecticut



In re:   Michael J. Petruzzelli

Case Number: 25-30238

Chapter: 13

Debtor *

### ORDER GRANTING TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

Roberta Napolitano, (the "Trustee"), filed a Motion to Dismiss the Case pursuant to 11 U.S.C. § 1307(c), (the "Motion," ECF No. 56). After notice and a hearing on July 30, 2025, and it appearing that the case has not been converted under section 706, 1112 or 1208 of this title, it is hereby

**ORDERED:** The Debtor's Chapter 13 Case is **DISMISSED** for failure to make plan payments, failure to provide documents to the Chapter 13 Trustee, failure to attend a Section 341 Meeting, failure to file a feasible Plan under Section 1325(a)(6), and failure to serve the Plan on all creditors ; and it is further

**ORDERED:** The Chapter 13 Trustee is directed to submit a Final Report and Account within (150) one hundred fifty days from the date of this Order.

Dated: August 1, 2025

BY THE COURT

*Ann M. Nevins*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

*For the purposes of this order, "Debtor" means "Debtors" where applicable.